```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE: 4/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
     -against-                       :   No. 11 Cr. 581 (JFK)
                                     :
ROBERT LEE MILES,                    :   **ORDER**
                                     :
                     Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

The Court will hear Defendant's motion for sentence modification (ECF No. 96) on Wednesday, April 22, 2020 at 11:00 a.m. The conference will occur telephonically using the following dial-in information:

    AT&T Conference Line:  1-888-363-4749
    Access Code:  788 3927 #

**SO ORDERED.**

Dated:   New York, New York
         April 20, 2020

_____
John F. Keenan
United States District Judge